## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Annette Pratte<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust 2005-6AR Mortgage Pass-Through Certificates, Series 2005- 6AR<br>　　　　　　　　　Movant<br>　　vs. | NO. 14-10811 MDC<br><br>11 U.S.C. Sections 362 |
| Annette Pratte<br>　　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | |

### ORDER

AND NOW, this 21st day of September, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 821 & 823 Kodak Drive, Los Angeles, CA 90026 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　　　_Magdeline D. Coleman_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BJ.

✓    Annette Pratte
112 Airport Road #387
Coatesville, PA 19320

Joseph L Quinn
152 E. High Street
Suite 100
Pottstown, PA 19464

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532