## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-10811-MDC

ANNETTE PRATTE

112 AIRPORT ROAD #387

COATESVILLE, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANNETTE PRATTE

    112 AIRPORT ROAD #387

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN
    152 E HIGH ST
    SUITE 100
    POTTSTOWN, PA 19464-

    /S/ William C. Miller

Date: 3/23/2018

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee